IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**FILED**

MAY 17 2017

Clerk, U.S. District Court
Texas Eastern

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | No. 4:17CR 87 |
| | § | Judge Crone |
| MOHOMMAD HASNAIN ALI | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

Violation: 18 U.S.C. § 1001(a)(2)
(False Statement Regarding International Terrorism)

That on or about the 5th day of May, 2015, in the Northern District of Texas, **Mohommad Hasnain Ali**, defendant, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: the Federal Bureau of Investigation ("FBI"), which statement involved international and domestic terrorism, in that defendant falsely stated to Special Agents of the FBI that his sons, known by initials "O.A." and "A.A.," were living in Egypt and not living in Syria, and that his sons never had any affiliation with ISIS or any other terrorist group. The statements and representations were false because, as **Mohommad Hasnain Ali** then and there knew, his sons were living in Syria and affiliated with ISIS.

In violation of Title 18, United States Code, Section 1001.

RESPECTFULLY SUBMITTED,

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_5.11.17_
Date

Camelia Lopez
Assistant United States Attorney
Texas Bar. No. 24036990
101 E. Park Blvd. Suite 500
Plano, TX 75074
(972) 509-1201 (main)
(972) 509-1209 (fax)
Camelia.Lopez@usdoj.gov

_5-12-17_
Date

M. Andrew Stover
Assistant United States Attorney
Texas Bar. No. 19349300
101 E. Park Blvd. Suite 500
Plano, TX 75074
(972) 509-1201 (main)
(972) 509-1209 (fax)
Andrew.Stover@usdoj.gov

MOHOMMAD ALI
INFORMATION - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:17CR____ Judge |
| MOHOMMAD HASNAIN ALI | § | |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. § 1001(a)(2)
(False Statement Regarding International Terrorism)

Penalty: A fine of not more than $250,000, or twice the gross pecuniary gain or loss, and/or imprisonment for not more than eight years, and a term of supervised release for not more than three years.

Special
Assessment: $100.00