# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

**FILED**
JUN 1 3 2017
Clerk, U.S. District Court
Texas Eastern

UNITED STATES OF AMERICA

CRIMINAL NUMBER: 4:17cr87-1

VS.

MOHOMMAD HASNAIN ALI

## SURRENDER OF PASSPORT

Passport surrendered as to MOHAMMAD HASNAIN ALI, UNITED STATES OF AMERICA - No. 455331110, in the Eastern District of Texas, Sherman Division. Received in Sherman, Texas on June 13, 2017.

_6/13/2017_
Dated Received

_____
Deputy Clerk