| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CRIMINAL ACTION NO. 4:17-CR-87 |
| | § | |
| MOHOMMAD HASNAIN ALI | § | |

**ORDER**

Defendant MOHOMMAD HASNAIN ALI's motion for continuance of sentencing (#21) is DENIED. Defendant's sentencing in the above-styled criminal matter is scheduled for October 30, 2017, at 10:00 a.m.

SIGNED at Plano, Texas, this 8th day of September, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE