IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) No. 4:17-CR-00087-MAC-CAN ) |
| v. | ) ORDER ON MOTION FOR LEAVE ) TO SEAL MOTION ) |
| MOHOMMAD HASNAIN ALI, | ) ) ) |

Having reviewed Defense counsel's Unopposed Motion for Leave to Seal Motion for In Camera Hearing, the Court finds as follows: pursuant to the reasons stated in the instant Motion, counsel for Defense is granted Leave to File the instant motion UNDER SEAL.

**IT IS SO ORDERED**.
**SIGNED this 9th day of October, 2017.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE

ORDER ON MOTION FOR LEAVE
TO FILE MOTION UNDER SEAL