IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:17CR87 |
| | § | Judge Crone |
| MOHOMMAD HASNAIN ALI | § | |

## NOTICE OF PLEA AGREEMENT

The government and the defendant, **Mohommad Hasnain Ali**, have entered into an agreement in relation to the pending charges.

Respectfully submitted,

BRIT FEATHERSTON
Acting United States Attorney

*/s/    Camelia Lopez*
CAMELIA LOPEZ
Assistant United States Attorney
Texas Bar No. 24036990
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Camelia.Lopez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically via the CM/ECF system on this 1st day of December, 2017.

*/s/    Camelia Lopez*
CAMELIA LOPEZ