| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | CASE NO.  4:17-CR-00087-MAC |
| § | |
| MOHOMMAD HASNAIN ALI § | |

### ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT

The court referred this matter to the United States Magistrate Judge Christine A. Nowak, for the administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Nowak conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued her Findings of Fact and Recommendation on the Defendant's guilty plea. The magistrate judge recommended that the court accept Defendant's guilty plea. She further recommended that the court finally adjudge Defendant guilty on Count One of the Information.

The parties have not objected to the magistrate judge's findings. The court **ORDERS** that the Findings of Fact and Recommendation on Guilty Plea of United States Magistrate Judge Christine A. Nowak are **ADOPTED**.  The court accepts the Defendant's plea but defers acceptance of the plea agreement and plea agreement addendum until after review of the presentence report.  It is further **ORDERED** that in accordance with the Defendant's guilty plea

and the magistrate judge's findings and recommendation, the Defendant, Mohommad Hasnain Ali, is adjudged guilty of the charged offense under Title 18 U.S.C. § 1001(a)(2) – False Statement Involving International Terrorism.

SIGNED at Beaumont, Texas, this 13th day of December, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE